**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6858**

MOSES TONKLLIE TOLBERT,

                                        Petitioner - Appellant,

        versus

JOHN ASHCROFT, Attorney General,

                                        Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-02-36-JFM)

Submitted:  July 18, 2002                Decided:  July 25, 2002

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Moses Tonkllie Tolbert, Appellant Pro Se.  Thomas Michael DiBiagio, United States Attorney, Nadira Clarke, Special Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Moses Tonkllie Tolbert appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Tolbert v. Ashcroft, No. CA-02-36-JFM (D. Md. Apr. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED